IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREA GRADY,

        Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

        Defendant.

CIVIL ACTION
NO. 18-2393

## ORDER

**AND NOW**, this 22nd day of May 2019, upon consideration of Defendant Portfolio Recovery Associates, LLC's Motion for Summary Judgment (Doc. No. 7), Plaintiff Grady's Opposition to Defendant Portfolio Recovery Associates, LLC's Motion for Summary Judgment (Doc. No. 13), and Defendant Portfolio Recovery Associates, LLC Reply Memorandum of Law in Support of Motion for Summary Judgment (Doc. No. 15), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant Portfolio Recovery Associates, LLC's Motion for Summary Judgment (Doc. No. 7) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.